**No. 59246.**—SUIT 4819.—Bryant & Heffernan, Inc., and Scap Foreign Trade, New York *v.* United States.—

—C. D. 1603 affirmed April 28, 1955.   C. A. D. 591.

BEFORE THE FIRST DIVISION, AUGUST 11, 1955

**No. 59247.**—Manca, Inc. *v.* United States, protest 230664–K (New York).

Opinion by WILSON, J.   In accordance with stipulation of counsel that the issues are the same in all material respects as those the subject of *John P. Herber & Co., Inc.* v. *United States* (30 Cust. Ct. 193, C. D. 1519), the protest was dismissed, and the matter was remanded to a single judge sitting in reappraisement for determination of the value of the merchandise in the manner provided by law (28 U. S. C. § 2636 (d)).

BEFORE THE SECOND DIVISION, AUGUST 11, 1955

**No. 59248.**—Importsales, Inc. *v.* United States, protest 230864–K (New York).

Opinion by LAWRENCE, J.   When this case was called for hearing, counsel for the Government stated that the collector's office had received a certificate of delivery (customs Form 3337), signed by a responsible official of a religious society; that there was no objection to receiving said certificate in evidence; and that said certificate had been received by the collector too late for him to review his decision.   In the circumstances, defendant conceded that the classification claimed by plaintiff should be sustained.   On the record presented and following Abstract 36045 and Bureau of Customs decision (T. D. 47016), the claim of the plaintiff for free entry under paragraph 1773 was sustained.

**No. 59249.**—Jay Dee Handkerchief Co., Inc., et al. *v.* United States, protests 192101–K, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of silk scarves or squares the same in all material respects as those the subject of *United States* v. *The Specialty House, Inc., Bryant & Heffernan, Inc., et al.* (42 C. C. P. A. 136, C. A. D. 585), the claim of the plaintiffs was sustained.

**No. 59250.**—I. J. Nethe & Co. *v.* United States, protests 192105–K, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of silk scarves or squares the same in all material respects as those the subject of *United States* v. *The Specialty House, Inc., Bryant & Heffernan, Inc., et al.* (42 C. C. P. A. 136, C. A. D. 585), the claim of the plaintiff was sustained.

**No. 59251.**—New York Merchandise Co., Inc. *v.* United States, protests 204567–K and 222797–K (Los Angeles).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of silk scarves or squares similar in all material respects to those the subject of *United States* v. *The Specialty House, Inc., Bryant & Heffernan, Inc., et al.* (42 C. C. P. A. 136, C. A. D. 585), the claim of the plaintiff was sustained.

**No. 59252.**—Regina Novelty Co. *v.* United States, protest 211015–K (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of silk scarves and squares similar in all material respects to those the subject of *United States* v. *The Specialty House, Inc., Bryant & Heffernan, Inc., et al.* (42 C. C. P. A. 136, C. A. D. 585), the claim of the plaintiff was sustained.

**No. 59253.**—Hedaya Mercantile Corp. et al. *v.* United States, protests 216113–K etc. (New York).